**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| 1. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: *[1.0]* | **CompleteView 20/20 VMS** <br><br>  **TOUCHVIEW MOBILE** <br><br> **[Comment: Salient TouchView Mobile is powered by the Salient CompleteView 20/20 VMS and allows the user to access HD Videos from CompleteView 20/20 recording server (Cloud based surveillance system). The user can view multiple live and recorded videos, that are recorded by recorders, on his mobile device using the TouchView Mobile App.]** <br><br> **TOUCHVIEW MOBILE** <br><br> Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface. <br><br> Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections. <br><br> **FEATURES** <br> ■ Seamless integration with Salient's CompleteView 20/20 VMS <br> ■ Full interaction with CompleteView 20/20 live video, audio and recordings <br> ■ Utilizes CompleteView 20/20's Dynamic Resolution <br> ■ Scaling providing optimized video transmission over slow connections <br> ■ Incorporates analog, IP, megapixel, and HD video available from CompleteView 20/20 <br> ■ On-screen PTZ camera controls <br> ■ Built in support for analog cameras, IP cameras and encoders <br> ■ Advanced playback capability, including scrub bar control <br> ■ Customizable view layouts <br> ■ Secure Connections using HTTPS <br><br>  <br><br> **[See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf]** |

EXHIBIT "B"

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system;<br><br>*[1.1]* | **[Comment: The TouchView Mobile App receives videos from multiple cameras. The video feeds can also be viewed on any client device (such as a PC etc.) via Complete View 20/20 VMS.]**<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br> <br><br>CompleteView 20/20 is the engine of Salient Security Platform's VMS. In its simplest form, a Video Management System consists of Cameras, Video Servers and Video Clients.<br><br>Cameras generate video streams. Servers accept video streams as input, perform video stream processing, record video, and make live and recorded video available to video clients. Clients present live and recorded video from servers to end-users. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | **Camera Panel**<br><br>The Camera Panel provides both real-time video alerts as well as video associated with an alarm or motion event generated by the server or its associated alarm devices or cameras. Analog video associated with an alarm also displays in the panel.<br><br>Using the Layout Options menu and the Camera Layout submenu, users select from 4- 64 cameras to populate the Camera Panel. The panels in Alarm View may be floated.<br><br><br><br>[See: Page 1,2 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://play.google.com/store/apps/details?id=com.salientsystems.completeviewnvr&hl=en ; https://support.salientsys.com/hc/en-us/articles/115003918507-TouchView-Mobile ; Page 18, 42 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf ] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| *Patent Claim Language* | **TouchView Mobile - Salient's CompleteView 20/20 VMS** |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter;<br><br>*[1.2]* | **[Comment: TouchView Mobile provides in-built support for analog cameras and encoders. Also in CompleteView 20/20 VMS, the user can configure the settings for analog cameras to convert videos into any format such as H.264, MPEG-4 and so on.]**<br><br><br><br>**Discovering Video Devices**<br><br>Clicking the Video Device button outlined below launches a Camera Discovery subpanel. The Video Devices panel displays cameras, capture cards and encoders that have been discovered, but are not yet added to a Recording Server.<br><br>When the panel is closed, the Video Device button is found at the bottom left corner of the Camera Settings Panel.<br><br>**[See: Page 135, 137, 162 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec 18_web.pdf ]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; <br><br> *[1.3]* | **[Comment: The TouchView Mobile App/ CompleteView VMS displays the videos from different cameras in separate windows (as shown). Each window is associated with spatial (such as the image frame dimensions in pixels etc.) and temporal (such as the video Frame Rate etc.) parameters. Further, TouchView/CompleteView video system provides alerts and alarms with intelligent camera analytics.]** <br><br>  |

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | **Alarm View Panels**<br><br>The default Alarm Panel consists of four panels. Each of the panels and their features will be detailed in its own section.<br><br><br><br><br><br>**Triggering Video Alerts**<br><br>Alarm View camera tiles remain black, illustrated above, until either motion or an alarm are triggered. To generate video, the Administrator will properly configure motion recording and establish an Alarm and Motion Display schedule. Click Recording Servers Camera Motion Panel to learn more about configuring motion recording.<br><br>**[See: Page 41, 42**<br>**https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://slideplayer.com/slide/11905526/]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| *converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image;*<br><br>*[1.4]*<br><br>**Note:**<br><br>*The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.* | **[Comment: TouchView Mobile/ CompleteView VMS automatically scales the video being rendered on the mobile device.]**<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>Show Stream Properties<br><br>Show Stream Properties displays Compression, Frames Per Second, Resolution, Bitrate, and Transcoder information from the Recording Server to Live View. Users may select the display location for the stream's properties.<br><br><br><br><br>7. Select Add<br>8. Save the configuration<br><br>Resolution    Resolution setting for the camera, contains a pull-down menu; Auto will display for most network cameras<br><br>Compression MJPEG, MPEG4, H.264<br><br>FPS    Selectable Frames Per Second<br><br>**[See: Page 52, 132 and 140**<br>**https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://support.salientsys.com/hc/en-us/articles/115003918507-TouchView-Mobile]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment;<br><br>*[1.5]* | **[Comment: The Salient VMS Server stores the videos in a networked environment, where the videos can be simulatneously viewed on any client device (Mobile/Desktop).]**<br><br>## TOUCHVIEW MOBILE<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the free-dom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic reso-lution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br><br><br>CompleteView 20/20 is the engine of Salient Security Platform's VMS. In its simplest form, a Video Management System consists of Cameras, Video Servers and Video Clients.<br><br>Cameras generate video streams. Servers accept video streams as input, perform video stream processing, record video, and make live and recorded video available to video clients. Clients present live and recorded video from servers to end-users.<br><br>CompleteView 20/20 implements these functions through three primary components. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | **Core Components**<br><br>The core components of CV20/20 include the management server, recording server, and desktop client.<br><br><br><br>The above diagram illustrates these core components and their interactions. Components will be able to interact with one another through service calls and by listening to events. Management server will serve as central repository of all data related to the entire system. Recording server will be responsible for all VMS functionalities and services. Desktop client will be the user facing tool for both administering and monitoring the system. All other components, servers and clients will be built based on these core components.<br><br>**[See: Page 18 and 19 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf ]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device;<br><br>*[1.6]* | **[Comment: The CompleteView 20/20 VMS enables the remote device (such as a mobile phone or a tablet) to view the videos stored on CompleteView servers over the Internet.]**<br><br>Salient's TouchView mobile app has cross platform 'configuration compatibility' with the web client, allowing users to build configurations in the mobile app and transfer them for use in the web client. Combined with Dynamic Resolution Scaling, Salient's network friendly feature for bandwidth management and TouchView Mobile apps for Apple and Android smartphones and tablets, CompleteView offers the fastest call up of megapixel resolution video over remote internet connections.<br><br><br><br>**Create a Map in Custom/Favorites**<br><br>The use of satellite maps require access to the Internet. Look for the Online indicator on the Status Bar ▰ Online ☁ in the bottom right corner of the client to determine if CompleteView 20/20 is online. If Online is not indicated, use a static image.<br><br>**[See: 61 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://www.businesswire.com/news/home/20150617005146/en/Salient-Systems-Announces-CompleteView-V4.5-Web-Client]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| receiving, from a remote viewing device ~~remoted~~ located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; *[1.7]* | **[Comment: The mobile device user can select a recorder to view the video feeds in the TouchView Mobile App.]**<br><br>**TOUCHVIEW MOBILE**<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>**TouchView Mobile App**<br><br>• Free TouchView Mobile App available for iPad, iPhone, and Android<br> <br><br>**[See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://slideplayer.com/slide/11905526/]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| *Patent Claim Language* | **TouchView Mobile - Salient's CompleteView 20/20 VMS** |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device, wherein the communication link traverses an external broadband connection between the remote computing device and the network environment; and<br><br>*[1.8]* | **[Comment: The mobile device users can access video live feed or stored content from cameras and servers over the Internet. Further, the frame rate of the video feeds is less than substantially 24 frames per second.]**<br><br>Salient's TouchView mobile app has cross platform 'configuration compatibility' with the web client, allowing users to build configurations in the mobile app and transfer them for use in the web client. Combined with Dynamic Resolution Scaling, Salient's network friendly feature for bandwidth management and TouchView Mobile apps for Apple and Android smartphones and tablets, CompleteView offers the fastest call up of megapixel resolution video over remote internet connections.<br><br>## TOUCHVIEW MOBILE<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>**Show Stream Properties**<br><br>Show Stream Properties displays Compression, Frames Per Second, Resolution, Bitrate, and Transcoder information from the Recording Server to Live View. Users may select the display location for the stream's properties.<br><br><br><br>6. Set Resolution, Compression, and FPS changes that may apply<br><br>7. Select Add<br>8. Save the configuration |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to** Salient TouchView App – VMS

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | Resolution    Resolution setting for the camera, contains a pull-down menu; Auto will display for most network cameras <br><br> Compression MJPEG, MPEG4, H.264 <br><br> FPS    Selectable Frames Per Second <br><br> **[See: Page 52, 132 and 140** <br> **https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://support.salientsys.com/hc/en-us/articles/115003918507-TouchView-Mobile; https://www.businesswire.com/news/home/20150617005146/en/Salient-Systems-Announces-CompleteView-V4.5-Web-Client]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device.<br><br>[1.9] | **[Comment: The TouchView Mobile App displays the video feeds from the selected recorder(s) and/or camera(s).]**<br><br>**TOUCHVIEW MOBILE**<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>**TouchView Mobile App**<br><br>• Free TouchView Mobile App available for iPad, iPhone, and Android<br><br> <br><br>**[See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://slideplayer.com/slide/11905526/]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| 2. The method of claim 1, <span style="color:red">wherein the remote viewing of the given video stream is contemporaneous with the live viewing and storage.</span><br><br>*[2.0]* | **[Comment: The TouchView Mobile App allows the user to view live and recorded video streams simultaneously.]**<br><br>## TOUCHVIEW MOBILE<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br><u>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously</u> with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>### TouchView Mobile App<br><br>• Free TouchView Mobile App available for iPad, iPhone, and Android<br><br> <br><br>**[See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://slideplayer.com/slide/11905526/]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| 3. The method of claim 1, <span style="color:red">wherein the remote viewing of the given video stream is conducted subsequent to the live viewing and storage.</span><br><br>*[3.0]* | **[Comment: TouchView mobile app enables the user to view recorded videos where the user has playback controls over the video feed.]**<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Play, pause, skip to beginning or end of clip and frame-by-frame advance and reverse playback controls are available. Additionally, the playback progress bar, or scrub bar, can be moved to seek any location in the recording. Playback speed can be adjusted using the rightmost button in the playback controls.<br><br>Recorded Video    Permits the user to select Review in Timeline, which opens playback and displays all video feeds of the selected Live View<br><br>Add to Favorites    The highlighted view is added to the favorites container<br><br>**View Recorded Video from Live View**<br>Review recorded video for a specific camera from a view layout.<br>Steps:<br>1. From the Navigation Pane, right-click on any view.<br>2. Select Recorded Video from the menu,<br>3. Then select Review in Timeline |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to** Salient TouchView App – VMS

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | <br><br>**Playback Toolbar**<br><br>Playback hosts a toolbar in the top right corner of the Toolbar Panel. Icons in the toolbar are unique to Playback.<br><br>**[See: Page 56, 70**<br>**https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf ; https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf ;**<br>**https://www.salientsys.com/files/android_help_files/android_app.html ]** |

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| 4. The method of claim 1, <span style="color:red">wherein the remote computing device and the network environment communicate through the Internet.</span><br><br>*[4.0]* | **[Comment: The CompleteView 20/20 VMS enables the remote device (such as a mobile phone or a tablet) to view the videos stored on CompleteView servers over the Internet.]**<br><br>Salient's TouchView mobile app has cross platform 'configuration compatibility' with the web client, allowing users to build configurations in the mobile app and transfer them for use in the web client. Combined with Dynamic Resolution Scaling, Salient's network friendly feature for bandwidth management and TouchView Mobile apps for Apple and Android smartphones and tablets, CompleteView offers the fastest call up of megapixel resolution video over remote internet connections.<br><br><br><br>**Create a Map in Custom/Favorites**<br><br>The use of satellite maps require access to the Internet. Look for the Online indicator on the Status Bar ⬛ in the bottom right corner of the client to determine if CompleteView 20/20 is online. If Online is not indicated, use a static image.<br><br>**[See: 61 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://www.businesswire.com/news/home/20150617005146/en/Salient-Systems-Announces-CompleteView-V4.5-Web-Client]** |

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| 5. The method of claim 1, wherein the broadband connection has a bandwidth of 2-6 Megabits per second (Mbps).<br><br>[5.0] | *This is a typical characteristic of Remote connections.* |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| 6. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of:<br><br>[6.0] | **CompleteView 20/20 VMS**<br><br> **TOUCHVIEW MOBILE**<br><br>**[Comment: Salient TouchView Mobile is powered by the Salient CompleteView 20/20 VMS and allows the user to access HD Videos from CompleteView 20/20 recording server (Cloud based surveillance system). The user can view multiple live and recorded videos, that are recorded by recorders, on his mobile device using the TouchView Mobile App.]**<br><br>## TOUCHVIEW MOBILE<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>**FEATURES**<br><br>■ Seamless integration with Salient's CompleteView 20/20 VMS<br>■ Full interaction with CompleteView 20/20 live video, audio and recordings<br>■ Utilizes CompleteView 20/20's Dynamic Resolution<br>■ Scaling providing optimized video transmission over slow connections<br>■ Incorporates analog, IP, megapixel, and HD video available from CompleteView 20/20<br>■ On-screen PTZ camera controls<br>■ Built in support for analog cameras, IP cameras and encoders<br>■ Advanced playback capability, including scrub bar control<br>■ Customizable view layouts<br>■ Secure Connections using HTTPS<br><br><br><br>**[See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf]** |

**CLAIM CHART FOR US PATENT NO 10,499,091** as applied to **Salient TouchView App – VMS**

| *Patent Claim Language* | **TouchView Mobile - Salient's CompleteView 20/20 VMS** |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; <br><br> *[6.1]* | **[Comment: The TouchView Mobile App receives videos from multiple cameras. The video feeds can also be viewed on any client device (such as a PC etc.) via Complete View 20/20 VMS.]** <br><br> Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections. <br><br>   <br><br> CompleteView 20/20 is the engine of Salient Security Platform's VMS. In its simplest form, a Video Management System consists of Cameras, Video Servers and Video Clients. <br> Cameras generate video streams. Servers accept video streams as input, perform video stream processing, record video, and make live and recorded video available to video clients. Clients present live and recorded video from servers to end-users. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | **Camera Panel**<br><br>The Camera Panel provides both real-time video alerts as well as video associated with an alarm or motion event generated by the server or its associated alarm devices or cameras. Analog video associated with an alarm also displays in the panel.<br><br>Using the Layout Options menu and the Camera Layout submenu, users select from 4- 64 cameras to populate the Camera Panel. The panels in Alarm View may be floated.<br><br><br><br>[See: Page 1,2 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://play.google.com/store/apps/details?id=com.salientsystems.completeviewnvr&hl=en ; https://support.salientsys.com/hc/en-us/articles/115003918507-TouchView-Mobile ; Page 18, 42 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf ] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to** Salient TouchView App – VMS

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter;<br><br>*[6.2]* | **[Comment: TouchView mobile app provides in-built support for analog cameras and encoders. Also in CompleteView 20/20 VMS, the user can configure the settings for analog cameras to convert videos into any format such as H.264, MPEG-4 and so on.]**<br><br><br><br>**Discovering Video Devices**<br><br>Clicking the Video Device button outlined below launches a Camera Discovery subpanel. The Video Devices panel displays cameras, capture cards and encoders that have been discovered, but are not yet added to a Recording Server.<br><br>When the panel is closed, the Video Device button is found at the bottom left corner of the Camera Settings Panel.<br><br>**[See: Page 135, 137, 162 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf ]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| *Patent Claim Language* | **TouchView Mobile - Salient's CompleteView 20/20 VMS** |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; <br><br> *[6.3]* | **[Comment: The TouchView Mobile App/ CompleteView VMS displays the videos from different cameras in separate windows (as shown). Each window is associated with spatial (such as the image frame dimensions in pixels etc.) and temporal (such as the video Frame Rate etc.) parameters. Further, TouchView/CompleteView video system provides alerts and alarms with intelligent camera analytics.]** <br><br>  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to** Salient TouchView App – VMS

| *Patent Claim Language* | **TouchView Mobile - Salient's CompleteView 20/20 VMS** |
|---|---|
| |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| *Patent Claim Language* | **TouchView Mobile - Salient's CompleteView 20/20 VMS** |
|---|---|
|  | **Alarm View Panels** |
|  | The default Alarm Panel consists of four panels. Each of the panels and their features will be detailed in its own section. |
|  |  |
|  |  |
|  | **Triggering Video Alerts** |
|  | Alarm View camera tiles remain black, illustrated above, until either motion or an alarm are triggered. To generate video, the Administrator will properly configure motion recording and establish an Alarm and Motion Display schedule. Click **Recording Servers Camera Motion Panel** to learn more about configuring motion recording. |
|  | **[See: Page 41, 42** **https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://slideplayer.com/slide/11905526/]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| *converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image;*<br><br>*[6.4]*<br><br>**_Please Note:_**<br><br>*The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.* | **[Comment: TouchView Mobile/ CompleteView VMS automatically scales the video being rendered on the mobile device.]**<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>Show Stream Properties<br><br>Show Stream Properties displays Compression, Frames Per Second, Resolution, Bitrate, and Transcoder information from the Recording Server to Live View. Users may select the display location for the stream's properties.<br><br><br><br><br>7. Select Add<br>8. Save the configuration<br><br>Resolution      Resolution setting for the camera, contains a pull-down menu; Auto will display for most network cameras<br><br>Compression MJPEG, MPEG4, H.264<br><br>FPS      Selectable Frames Per Second<br><br>**[See: Page 52, 132 and 140 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://support.salientsys.com/hc/en-us/articles/115003918507-TouchView-Mobile]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment;<br><br>[6.5] | **[Comment: The Salient VMS Server stores the videos in a networked environment, where the videos can be simulatneously viewed on any client device (Mobile/Desktop).]**<br><br>**TOUCHVIEW MOBILE**<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br><br><br>CompleteView 20/20 is the engine of Salient Security Platform's VMS. In its simplest form, a Video Management System consists of Cameras, Video Servers and Video Clients.<br><br>Cameras generate video streams. Servers accept video streams as input, perform video stream processing, record video, and make live and recorded video available to video clients. Clients present live and recorded video from servers to end-users.<br><br>CompleteView 20/20 implements these functions through three primary components. |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | **Core Components**<br><br>The core components of CV20/20 include the management server, recording server, and desktop client.<br><br><br><br>The above diagram illustrates these core components and their interactions. Components will be able to interact with one another through service calls and by listening to events. Management server will serve as central repository of all data related to the entire system. Recording server will be responsible for all VMS functionalities and services. Desktop client will be the user facing tool for both administering and monitoring the system. All other components, servers and clients will be built based on these core components.<br><br>**[See: Page 18 and 19 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf ]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; <br><br> *[6.6]* | **[Comment: The CompleteView 20/20 VMS enables the remote device (such as a mobile phone or a tablet) to view the videos stored on CompleteView servers over the Internet.]** <br><br> Salient's TouchView mobile app has cross platform 'configuration compatibility' with the web client, allowing users to build configurations in the mobile app and transfer them for use in the web client. Combined with Dynamic Resolution Scaling, Salient's network friendly feature for bandwidth management and TouchView Mobile apps for Apple and Android smartphones and tablets, CompleteView offers the fastest call up of megapixel resolution video over remote internet connections. <br><br>  <br><br> **Create a Map in Custom/Favorites** <br><br> The use of satellite maps require access to the Internet. Look for the Online indicator on the Status Bar ▭ Online ▭ in the bottom right corner of the client to determine if CompleteView 20/20 is online. If Online is not indicated, use a static image. <br><br><br> **[See: 61 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://www.businesswire.com/news/home/20150617005146/en/Salient-Systems-Announces-CompleteView-V4.5-Web-Client]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| receiving, from a remote viewing device ~~remoted~~ located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; <br><br> *[6.7]* | [Comment: The mobile device user can select a recorder to view the video feeds in the TouchView Mobile App.] <br><br> **TOUCHVIEW MOBILE** <br><br> Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface. <br><br> Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections. <br><br> **TouchView Mobile App** <br><br> • Free TouchView Mobile App available for iPad, iPhone, and Android <br><br>   <br><br> [See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://slideplayer.com/slide/11905526/] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link traversing the Internet to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device; and<br><br>*[6.8]* | **[Comment: The mobile device users can access video live feed or stored content from cameras and servers over the Internet. Further, the frame rate of the video feeds is less than substantially 24 frames per second.]**<br><br>Salient's TouchView mobile app has cross platform 'configuration compatibility' with the web client, allowing users to build configurations in the mobile app and transfer them for use in the web client. Combined with Dynamic Resolution Scaling, Salient's network friendly feature for bandwidth management and TouchView Mobile apps for Apple and Android smartphones and tablets, CompleteView offers the fastest call up of megapixel resolution video over remote internet connections.<br><br>**TOUCHVIEW MOBILE**<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>**Show Stream Properties**<br><br>Show Stream Properties displays Compression, Frames Per Second, Resolution, Bitrate, and Transcoder information from the Recording Server to Live View. Users may select the display location for the stream's properties.<br><br> |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to** Salient TouchView App – VMS

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| | <br><br><br><br>**[See: Page 52, 132 and 140 https://www.salientsys.com/assets/uploads/docs/CV_2020_v1.0.0_Documentation_Jan19.pdf; https://support.salientsys.com/hc/en-us/articles/115003918507-TouchView-Mobile; https://www.businesswire.com/news/home/20150617005146/en/Salient-Systems-Announces-CompleteView-V4.5-Web-Client]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to Salient TouchView App – VMS**

| Patent Claim Language | TouchView Mobile - Salient's CompleteView 20/20 VMS |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device.<br><br>*[6.9]* | **[Comment: The TouchView Mobile App displays the video feeds from the selected recorder(s) and/or camera(s).]**<br><br>**TOUCHVIEW MOBILE**<br><br>Salient offers mobile apps for the iPhone®, iPad®, iPod® touch and Android™ smartphones. Bring your video viewing and playback experience along with you wherever you go. TouchView™ Mobile combines the power of Salient's CompleteView 20/20™ video management system with the freedom of mobile access to live video, recorded video with audio playback and PTZ camera control from a powerful, fully integrated interface.<br><br>Users can instantly access, monitor and review live and recorded video from any camera connected to any CompleteView 20/20 recording server in the system. And, cameras from multiple servers can be accessed simultaneously with PTZ control. CompleteView 20/20's powerful DRS (dynamic resolution scaling) automatically sizes the video for live viewing, significantly reducing network usage and providing higher frame rates over mobile connections.<br><br>**TouchView Mobile App**<br><br>• Free TouchView Mobile App available for iPad, iPhone, and Android<br><br> <br><br>**[See: Page 1 https://support.salientsys.com/hc/en-us/article_attachments/360020045833/TouchView_Mobile_Brochure_Dec18_web.pdf; https://slideplayer.com/slide/11905526/]** |

**CONFIDENTIAL—ATTORNEY WORK PRODUCT**