IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIRKLAND'S, INC. d/b/a KIRKLAND'S ) <br> STORES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 3:20cv276-MPM-RP <br><br> Judge Michael P. Mills <br><br> Magistrate Judge Roy Percy |

## RULE 12(b)(6) MOTION TO DISMISS

Defendant Kirkland's, Inc. d/b/a Kirkland's Stores, Inc. and Movant-in-Intervention Salient Systems Corporation, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, request entry of an order dismissing the Complaint (Doc. No. 1) filed by Plaintiff Hawk Technology Systems, LLC, for failure to state a claim upon which relief can be granted. In support of this motion, Defendant files its Memorandum in Support of Defendant's Motion to Dismiss herewith.

Dated: November 20, 2020

Respectfully Submitted,

/s/Joseph T. Getz
Joseph T. Getz    Miss. BPR No. 4803
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-6781
jgetz@evanspetree.com

**Of Counsel:**

Justin J. Hasford
Finnegan, Henderson,
Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
justin.hasford@finnegan.com

*Attorneys for Kirkland's, Inc. d/b/a Kirkland's Stores, Inc. and Salient Systems Corporation*

## CERTIFICATE OF SERVICE

I, Joseph T. Getz, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

> Mr. Frank J. Dantone
> Henderson Dantone
> 241 Main Street (38701)
> P.O. Box 778
> Greenville, MS 38702
> Email: fjd@hdpa.com
> <u>Attorney for Hawk Technology Systems, LLC</u>

on the 20th day of November, 2020.

/s/Joseph T. Getz
Joseph T. Getz