IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC | PLAINTIFF |
| V. | NO: 3:20cv276-M-P |
| KIRKLAND'S, INC. d/b/a KIRKLAND'S STORES, INC. | DEFENDANT |

### ORDER GRANTING MOTION TO FILE MEMORANDUM IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS AND ACCOMPANYING EXHIBIT "A" UNDER SEAL

This matter is before the Court on Defendant Kirkland's, Inc. d/b/a Kirkland's Stores, Inc.'s ("Kirkland's) and movant-in-intervention Salient Systems Corporation's (Salient") motion to file memorandum in support of Rule 12(b)(6) motion to dismiss and accompanying Exhibit "A" under seal. [6]

After having reviewed the memorandum brief and supporting exhibits cited by Salient in its memorandum, and having been fully apprised that there is no objection to this motion by Hawk Technology Systems, LLC ("Hawk"), the Court finds that Kirkland and Salient' s motion to file memorandum in support of Rule 12(b)(6) motion to dismiss and accompanying Exhibit "A" under seal is well taken and it should be **GRANTED**.

IT IS, THEREFORE, ORDERED that Kirkland's and Salient's motion to file memorandum in support of Rule 12(b)(6) motion to dismiss and accompanying Exhibit "A" under seal is hereby **GRANTED**.

**IT IS SO ORDERED** this 1st day of December, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**