**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**HAWK TECHNOLOGY SYSTEMS, LLC**                                                 **PLAINTIFF**

**v.**                 **No. 3:20-CV-276-MPM-RP**

**KIRKLAND'S INC. D/B/A
KIRKLAND'S STORES, INC.**                 **DEFENDANT**

**ORDER GRANTING MOTION TO INTERVENE**

Salient Systems Corporation ("Salient") moves to intervene as a party defendant. Docket #9. Salient provided the video surveillance security technology at issue in the present case. *Id*. Accordingly, Salient seeks to intervene since it is in the best position to oppose any allegations of patent infringement. The court agrees that under Federal Rule of Civil Procedure 24(a)(2), Salient "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede [Salient's] ability to protect its interest." Noting that the Plaintiff has filed no objection, the court finds that the motion is well taken.

Therefore, the Motion to Intervene (Docket #9) is GRANTED.[1]

**SO ORDERED**, this the 7th day of December, 2020.

                                        /s/ Roy Percy
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Since Salient joins in Defendant Kirkland's Motion to Dismiss (Docket #11), no responsive pleading is due from Salient at this time.